IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Rodriguez Mandarin, | No. CV-26-02351-PHX-SPL |
| Petitioner, | |
| vs. | **ORDER** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner Oscar Rodriguez Mandarin has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Honorable Camille D. Bibles, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 17), recommending that the Court grant the Petition. Judge Bibles advised the parties that they had seven (7) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 17 at 6) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

The Court will adopt the R&R and grant the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1.      That Magistrate Judge Camille D. Bibles's Report and Recommendation (Doc. 17) is **accepted** and **adopted** by the Court;

2.      That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **granted**;

3.      That Respondents shall bring Petitioner before an immigration judge within **fourteen (14) days** for a bond hearing where the government must show that he is a flight risk or danger to the community.

4.      That Petitioner shall be given at least three days' notice of such hearing;

5.      That the adjudicator prepare a written, explained decision, reflecting consideration of all evidence properly submitted by Petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), rather than checking boxes on a form;

6.      That the Clerk of Court shall **terminate** this action.

Dated this 6th day of August, 2026.

Honorable Steven P. Logan
United States District Judge

2